# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN JOSEPH GARCIA, | Case No. EDCV 17-1861-DMG (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| C. MAUGHAN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without leave to amend and with prejudice.

DATED: August 28, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE